IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID GOMEZ,

      Plaintiff,

  v.

JOHN DOE,

      Defendant.
                                /

No. C 09-03158 CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

    This case was commenced when Plaintiff filed a letter in the United States District Court for the Eastern District of California.  In an Order dated April 1, 2009, Magistrate Judge Edmund F. Brennan construed Plaintiff's letter as an attempt to file an action under 42 U.S.C. § 1983.  This action was then transferred to the Northern District.

    On July 16, 2009, the Clerk of the Court sent Plaintiff a notice directing him to complete the Court's civil rights complaint form and an <u>in forma pauperis</u> (IFP) application.  The Clerk sent Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application and told him that he must complete these documents within thirty days or his action would be dismissed.

    More than thirty days have passed, and Plaintiff has not filed the necessary documents or otherwise communicated with the Court.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: 9/10/09

                                        CLAUDIA WILKEN
                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID GOMEZ,

        Plaintiff,

  v.

/ et al,

        Defendant.

Case Number: CV09-03158 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Gomez D-97027
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: September 10, 2009

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk